PROB 12B  
(7/93)

Report Date: July 6, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 06 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Carl Albert Lueth     Case Number: 2:02CR00175-001

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 07/18/2003     Type of Supervision: Supervised release

Original Offense: Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)     Date Supervision Commenced: N/A

Original Sentence: Prison - 63 Months; TSR - 36 Months     Date Supervision Expires: N/A

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18   You shall reside in a residential reentry center (RRC) for a period of up to 120 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Carl Lueth is scheduled to be released from the State of Washington Department of Corrections on October 18, 2010. At that time, it is anticipated Mr. Lueth will be transferred to the custody of the Pierce County Sheriff's Office. Once pending state probation violation matters have been resolved, he is expected to report to the U.S. Probation Office in Spokane, Washington, within 72 hours of release.

Recent contact with Mr. Lueth reveals that the above-mentioned placement at the residential reentry center (RRC) will assist with his overall adjustment. It is anticipated by allowing Mr. Lueth to participate at the RRC for the designated period, he will address mental health and chemical dependency issues while developing a release plan appropriate for transitional purposes. Carl Lueth signed the attached probation form 49 agreeing to participate at the RRC for up to 120 days. Essentially, he has requested placement at the RRC to develop a suitable release plan. If the Court concurs with the request for modification, the undersigned officer will facilitate placement upon his arrival in the Eastern District of Washington.

Please find attached a waiver of hearing to modify conditions of supervision, as well as the petition to modify the Court's order relative to the above-referenced offender.

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted, allowing Carl Lueth to participate at the RRC for a period of up to 120 days or until discharged by the Court.

Prob 12B
**Re: Lueth, Carl Albert**
**July 6, 2010**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/06/2010

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
cFVS [X]  The Modification of Conditions as Noted Above
[ ]  Other

*Fred Van Sickle*
Signature of Judicial Officer

July 6, 2010
Date